LAW OFFICE
OF

## B. ALAN SEIDLER

580 BROADWAY

NEW YORK, NEW YORK 10012

TELEPHONE

(212) 334-3131

SEIDLERLAW@GMAIL.COM

December 14, 2021

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Re: USA v. Dejesus, # 21cr 564 (JMF)

Dear Judge Furman;

I request to be substituted as counsel of record for Dejesus in place of attorney Jeffrey Pittell. I have been retained by Dejesus to be his attorney. I understand the pretrial schedule calling for a 1/7/2022, motion deadline, and the 1-13-2022, pretrial conference. I will abide by those deadlines.
Thank you.

Respectfully,

B. Alan Seidler

bas/ee

Application GRANTED. Mr. Seidler is substituted for Mr. Pittell as counsel of record for Mr. Dejesus. The Clerk of Court is directed to terminate Doc. # 21 and 22. SO ORDERED.

December 14, 2021