LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

January 3, 2022

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Re: USA v. Dejesus, # 21cr 564 (JMF)

Dear Judge Furman;

    I write to request a 30 day extension of time to file motions on behalf of defendant Dejesus. Recent COVID activity prevents me from filing on January 7th. The MDC is in lockdown for attorney visits, and if I am fortunate I can arrange a 30 minutes telephone call with Dejesus every approximate 10-14 days. That is not enough time, and reviewing Discovery with Dejesus under those circumstances is complicated because there is a Protective Order, and many body cam videos involving Dejesus.
    Thank you.

Respectfully,

B. Alan Seidler

bas/ee

Application GRANTED. Defense motions shall be filed by February 11, 2022. The Government's opposition is due by February 25, 2022. Any reply is due by March 4, 2022. The pretrial conference is hereby ADJOURNED to February 16, 2022 at 2:30 p.m. If appropriate, the parties should promptly confer and submit a proposed order excluding time under the Speedy Trial Act through February 16, 2022. The Clerk of Court is directed to terminate Doc. #25. SO ORDERED.

January 3, 2022