

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 3, 2022

**BY ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED. Time is excluded from today, January 4, 2022, until February 16, 2022, for the reasons set forth in the Government's letter. The Clerk of Court is directed to terminate Doc. #27. SO ORDERED.

January 4, 2022

**Re: *United States v. DeJesus*, 21 Crim. 564 (JMF)**

Dear Judge Furman:

      The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act between January 13, 2022 and the conference scheduled for February 16, 2022.

      On October 14, 2021, the Court excluded time until a conference on January 13, 2022. On January 3, 2022, the Court granted the defendant's motion to adjourn that conference for 30 days so that the defendant could review discovery and prepare motions. Dkt. 26. The next conference is now scheduled for February 16.

      An exclusion of time under the Speedy Trial Act is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will enable the defendant to review discovery, to prepare motions, and to discuss a pre-trial resolution. 18 U.S.C. § 3161(h)(7)(A). Defense counsel does not object to the exclusion of time.

      Respectfully Submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

CC:    Bernard Alan Seidler, Counsel for Jairo DeJesus (by ECF)