LAW OFFICE
OF
**B. ALAN SEIDLER**

580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

July 1, 2022

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

> Application GRANTED. The Clerk of Court of is directed to terminate Doc. #35. SO ORDERED.
>
> *[signature]*
>
> July 1, 2022

Re: USA v. Dejesus, # 21cr 564 (JMF)

Dear Judge Furman;

    Because of delays and lockdowns at the MDC it has been difficult to schedule the Presentence Interview for Dejesus. Finally, an interview on June 30th was set up, and that too was cancelled by the MDC. Now the Interview has been rescheduled for July 15th. Probation Officer Hay wanted me to include in this letter that he requests 30 days from July 15th to make his initial filing.
    Thank you.

Respectfully,

*[signature]*
B. Alan Seidler

bas/ee