LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 528
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

July 27, 2022

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to November 30, 2022, at 3:15 p.m.. The Clerk of Court is directed to terminate Doc. #39. SO ORDERED.
>
> /s/ Jesse M. Furman
> July 26, 2022

Re: USA v. Dejesus, # 21cr 564 (JMF)

Dear Judge Furman;

    Because of delays and Dejesus' unit lockdowns at the MDC it has been difficult to schedule the Presentence Interview for him. MDC will no longer grant telephonic time slots for Probation Interviews according to Probation Officer Hay.

    After conferring with Probation Officer Hay I write to request Dejesus' sentencing be rescheduled to a date after Thanksgiving convenient to your Honor.

    The Government by AUSA Kevin Mead consents to this request.

    Thank you.

Respectfully,

B. Alan Seidler

cc: Jairo Dejesus
bas/ee