LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 582
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
seidlerlaw@gmail.com

January 27, 2023

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Re: USA v. Dejesus, # 21cr 564 (JMF)

Dear Judge Furman;

The Dejesus case is scheduled for a <u>Fatico</u> hearing on February 9, 2023.  I am finishing a trial today in <u>USA v. Ortega</u> before Judge Abrams in the SDNY.  Judge Abrams has just charged the jury.  On January 31st I begin an approximate 3 weeks trial before Justice Farber, Part 81, NYS Supreme Court, New York County in <u>People v. Thomas</u> [att/Murder].   Consequently, I have conferred with AUSA Kevin Mead and the following dates are agreed on by the parties if acceptable to your Honor:
2/27 any time;
3/1 after 12:00 noon;
3/2 before 3:30 [at which time I have a sentencing before your Honor];
3/14;
3/16.

Thank you very much.

Respectfully,

B. Alan Seidler

bas/ee

The Court is somewhat mystified (and miffed) about why defense counsel waited until January 30, 2023, to seek an adjournment based on a three-week trial scheduled to start on January 31, 2023.  Be that as it may, the application GRANTED, and the *Fatico* hearing is hereby ADJOURNED to March 2, 2023, at 9:30 a.m. No further adjournments will be granted.  The Clerk of Court is directed to terminate Doc. #47. SO ORDERED.

January 30, 2023