```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
              -v-                                                       :     21-CR-564 (JMF)
                                                                        :
JAIRO DEJESUS,                                                          :           ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

        On April 3, 2023, the Court received the attached letter from Defendant, dated March 6, 2023. As counsel did file a notice of appeal, *see* ECF No. 56, the request for an extension of time is denied as moot. The Clerk of Court is directed to mail this Order to:

        Jairo De Jesus
        Register No. 60327-509
        MDC Brooklyn
        P.O. BOX 329002
        Brooklyn, NY 11232-9002

        SO ORDERED.

Dated: April 3, 2023
       New York, New York

                                                             JESSE M. FURMAN
                                                           United States District Judge

TRULINCS 60327509 - DEJESUS, JAIRO - Unit: BRO-J-B

----------------------------------------------------------------------------------------------------

FROM: 60327509
TO:
SUBJECT: Notice of Appeal
DATE: 03/05/2023 01:41:52 PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF New York

------------------------------x     21-CR-564 (JMF)
UNITED STATES OF AMERICA, Plaintiff,    0208  00 CR 564-01
    -against-

Mr. Jairo De Jesus, Defendant
------------------------------x

## NOTICE OF APPEAL

In the event appointed counsel has not already filed a Notice of Appeal on behalf of Defendant Mr. Jairo De Jesus, Defendant Mr. Jairo De Jesus hereby notices this Court and all parties that he wishes to appeal the Criminal Judgement and sentence entered/issued on ( 06 March 2023 ) in the above capitioned case to the US Court of Appeals for the second circuit. If Counsel did not file the Notice in a timely manner, Mr. Jairo De Jesus prays that this Court will grant him the extension of time to file(this notice) as provided in the Fed. R. App. Procedure.

Mr. Jairo De Jesus affirms, as noted below, that he requested his Attorney to file a timely notice of appeal and also that he delivered this filing in a properly addressed envelope with correct first class postage prepaid and affixed to prison legal mail staff for filing with this Court on 06 March 2023.

Respectfully Submitted,

06 March 2023   *Jairo De Jesus*
                Jairo De Jesus, pro se
                # 60327-509 (MDC Brooklyn)
                PO Box 329002 Brooklyn, NY 11232-9002

I affirm under penalty of perjury, as per 28 USC & 1746, that everything here is true and correct.

06 March 2023

*Jairo De Jesus*
Mr. Jairo De Jesus, pro se

Toivo De Jesus Reg# 60327-509
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232-9002

Legal Mail

Hon. Jesse M. Furman
United States District Court
Daniel Patrick Moynihan
500 Pearl Street
New York, N.Y. 10007-1312

Att: Pro Se Intake