UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                               :
                                                                       :
      -v-                                                            :      21-CR-564 (JMF)
                                                                       :
JAIRO DEJESUS,                                                         :      <u>ORDER</u>
                                                                       :
                Defendant.                                        :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On September 12, 2023, Defendant filed a motion for a reduction of his sentence pursuant to amendments to the United States Sentencing Guidelines that, absent congressional action, would go into effect on November 1, 2023. *See* ECF No. 60. Given that the amendments are not yet effective, the Court cannot and will not take any action on the motion until on or shortly after November 1, 2023.

        The Clerk of Court is directed to mail this Order to:

> Jairo De Jesus
> Register No. 60327-509
> FMC Devens
> P.O. BOX 879
> Ayer, MA 01432

SO ORDERED.

Dated: September 14, 2023
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge