UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
    -v- : 21-CR-564-1 (JMF)
:
JAIRO DEJESUS, : ORDER
:
    Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Defendant filed a CJA Form 23 with the Court of Appeals, which was forwarded to this Court. To the extent that the form should be construed as a request for the appointment of counsel, the request is denied, both because is no right to counsel in connection with a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and because proceedings in this Court have concluded. To the extent that the form should be construed as a request to proceed *in forma pauperis*, the request is denied, as the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Memorandum Opinion and Order denying Defendant's motion for a sentence reduction, *see* ECF No. 62, would not be taken in good faith, *see Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Clerk of Court is directed, if appropriate, to share a copy of this Order with the Clerk of the Court of Appeals and to mail a copy of this Order to:

        Jairo De Jesus
        Register No. 60327-509
        FMC Devens
        P.O. BOX 879
        Ayer, MA 01432

SO ORDERED.

Dated: February 28, 2024          _____
      New York, New York          JESSE M. FURMAN
                                                        United States District Judge